UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jim Marco Cabanillas Lazo,

        Petitioner,

—v—

Thomas Decker, *et al.*,

        Respondents.

19-cv-8513 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of Petitioner's January 15, 2020 letter, Dkt. No. 17—and his representation therein that this Court's decision in *Medley v. Decker*, No. 18-CV-7361 (AJN), 2019 WL 7374408 (S.D.N.Y. Dec. 11, 2019), "decided the exact due process claims raised" by Petitioner here—the Court is prepared to grant his Petition based on its prior decision in *Medley*, and not reach the remaining issues raised in the Petition. If Petitioner objects to this approach, he shall file a letter to that effect by January 30, 2020. If Petitioner files such a letter, the Court will consider the entire Petition in due course.

    SO ORDERED.

Dated: January ___, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge