UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Jim Marco Cabanillas Lazo,

                Petitioner,

-against-

Thomas Decker, et al.,

                Respondents.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/2020

19 **CIVIL** 8513 (AJN)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 31, 2020, Petitioner's petition for a writ of habeas corpus is GRANTED. Within seven days of the date of the Order, Respondents shall either take Petitioner before an Immigration Judge for an individualized bond hearing consistent with the Order or release him; accordingly, the case is closed.

**DATED:** New York, New York
          January 31, 2020

                                          **RUBY J. KRAJICK**
                                             Clerk of Court
                          BY:
                                             **Deputy Clerk**